IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

SHIRLEY WELTON, )
)
Plaintiff, ) TC-MD 111304C
)
v. )
)
MULTNOMAH COUNTY ASSESSOR, )
)
Defendant. ) **DECISION OF DISMISSAL**

This matter is before the court on its own motion to dismiss this case because Plaintiff

failed to pay the filing fee. Plaintiff filed a Complaint with the Magistrate Division on

December 30, 2011, accompanied by a check in the amount of $240.00 for the required filing

fee. On January 13, 2012, the court was informed that Plaintiff's check, #5255, had been

returned by the bank for non-sufficient funds.

The Oregon Judicial Department mailed a letter to Plaintiff on January 13, 2012, noting

the return of Plaintiff's check and instructing Plaintiff to pay to the court the $240.00 filing fee

plus an additional penalty. In that letter, Plaintiff was cautioned that a failure to submit the filing

fee within 10 days might result in, among other actions, her "pleadings being struck . . . [.]" As

of this date, Plaintiff has not contacted the court or the Oregon Judicial Department, nor has she

submitted a negotiable check for the filing fee.

/ / /

/ / /

/ / /

/ / /

/ / /

As a result of Plaintiff's non-sufficient funds, Plaintiff's appeal was not filed. Plaintiff

has taken no action to demonstrate that she intends to prosecute her claim. Now, therefore,

IT IS THE DECISION OF THIS COURT that the Complaint is dismissed.

Dated this ____ day of February 2012.

_____
DAN ROBINSON
MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Magistrate Dan Robinson on February 2, 2012. The Court filed and entered this document on February 2, 2012.*